UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN MOSQUERA,

                Plaintiff,

        -against-

COUNTY CONFORT HOME SOLUTIONS,
INC., et al.,

                Defendants.

**ORDER**

25-CV-02755 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties are directed to file a joint letter on or before January 2, 2026 advising the Court

of the status of mediation.

**SO ORDERED.**

Dated:    December 19, 2025
           White Plains, New York

_____
HON. PHILIP M. HALPERN
United States District Judge