**JASNE & FLORIO, LLP**

*Attorneys & Counselors*

Hugh G. Jasne, NY
Daniel F. Florio, Jr., NY & CT
_____

Joseph F. Dursi, Jr., NY & CT
Amar A. Agrawal, NJ & PA *
Janet L. Gold, NJ & PA *
* Of Counsel

30 Glenn Street - S
White Plains, New Y
Tel: (914) 997-
Fax: (914) 682-
E-mail: jf@jasnefl
Service by Electronic Means o
Without Written Authorization

Marc

Application granted. Further, Plaintiff's application (Doc. 40) for a sixty-day extension of the fact discovery deadline is granted in part. The fact discovery deadline is extended to align with the expert discovery deadline. A revised Civil Case Discovery Plan and Scheduling Order will be separately docketed.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 39.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
March 27, 2026

Hon. P. M. Halpern
United States Southern District Court - White Plains
300 Quarropas Street
White Plains, New York 10601

Re:    Mosquera v. County Comfort Home Solutions, Inc. et. al.
Dkt. No.: 25-cv-2755 (PMH)
Request to Extend Defendants Discovery due Monday, March 30th

Dear Hon. Judge Halpern:

I write as Defendants counsel seeking an extension of the demands for D&I and Interrogatories due this Monday, March 30, 2026. This is the first request for such extension.

*As the Court may recall my wife has battled illness for quite some time. Her battle ended earlier this week. Her funeral is today, Friday March 27th*. I am needless to say not in the office today. Should the Court require I leave my cell: 914 309-5960.

I seek the extension to allow time to mourn her passing or sit shiva in peace and tranquility.

I am requesting 4 weeks or whatever time the Court may determine to get my personal and professional life back on course, as we were married for 35 years and her loss although somewhat anticipated has been nothing short of devastating.

Yesterday, upon noticing the deadline, my office sought consent on my behalf, however at this time we have received no response from Plaintiff's counsel.

Thanking Your Honor for your time and consideration.

Respectfully submitted,

/s/ Hugh G. Jasne, Esq.
Hugh G. Jasne