UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Jonathan Mosquera
Plaintiff,

**SCHEDULING ORDER**

-against-

7:25 Civ. 2755 (AEK)

County Comfort Home Solutions, Inc., et al.
Defendants.
-------------------------------------------------------------x

The Court has scheduled a Settlement Conference for December 15, 2025, at 1:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The letter must be emailed directly to my chambers at: BergNYSDChambers@nysd.uscourtsgov. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated: November 16, 2026
White Plains, New York

**SO ORDERED:**

______________________________
KIM P. BERG
United States Magistrate Judge